Michael R. Brooks, Esq.
Nevada Bar No. 7287
BROOKS BAUER LLP
300 S. 4th Street, Suite 815
Las Vegas, NV 89101
Ph (702) 851-1191
Fax (702) 851-1198
Attorneys for Real Party in Interest
U.S. Bank National Association, as Trustee

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHAFQAAT BUKHARI,<br><br>Plaintiff,<br><br>vs.<br><br>1ST NATIONAL LENDING SERVICES, CAPITAL ONE, T.D. SERVICES COMPANY, FIRST AMERICAN TITLE INSURANCE COMPANY LENDERS ADVANTAGE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM "MERS", ASSIGNEES AND/OR SUCCESSORS, AND DOES 1-10<br><br>Defendants. | Case No.:   2:10-cv-00578-GMN-PAL<br><br>**ORDER AFTER HEARING ON APPLICATION FOR EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

This Matter having come on for hearing on June 4, 2010 at 2:00 p.m. before the Honorable Judge Gloria M. Navarro. The Court having read and considered the moving papers in support of an Oral Argument against Plaintiff's Motion for Temporary Restraining Order scheduled by this Court (Docket No. 13).

////

////

////

////

IT IS HEREBY ORDERED that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is hereby DENIED.

DATED this 7th day of July, 2010.

_____
Gloria M. Navarro
United States District Judge

Respectfully Submitted by:

BROOKS BAUER, LLP

By: _____
Michael R. Brooks, Esq.
Nevada Bar No. 7287
Macaire K. Moran, Esq.
Nevada Bar No. 10688
300 S. 4th Street, Suite 815
Las Vegas, Nevada 89101
Attorneys for Real Party in Interest
U.S. Bank National Association, as Trustee

**Approved as to form and content**:

SHAFQAAT BUKHARI

By: _____
Shafquaat Bukhari
9416 Canalino Drive
Las Vegas, Nevada 89134
Plaintiff In Pro Per


WILDE & ASSOCIATES


By: _____/s/_____
Gregory L. Wilde, Esq.
Nevada Bar No. 4417
212 S. Jones Blvd.
Las Vegas, Nevada 89107
Attorney for Defendant
T.D Services Company