UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHAFQAAT BUKHARI,<br><br>Plaintiff,<br><br>vs.<br><br>1ST NATIONAL LENDING SERVICES, CAPITAL ONE, T.D. SERVICES COMPANY, FIRST AMERICAN TITLE INSURANCE COMPANY LENDERS ADVANTAGE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM "MERS", ASSIGNEES AND/OR SUCCESSORS, AND DOES 1-10<br><br>Defendants. | Case No.:   2:10-cv-00578-RCJ-PAL<br><br>**ORDER EXPUNGING *LIS PENDENS* AND ERRONEOUS SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE** |

On July 13, 2010, the Court entered its Order granting two motions pending before the Court (Dkt. No. 23). Specifically, the Court granted Defendant T.D. Service Company's Motion to Dismiss (Dkt. No. 5) and interested party U.S. Bank National Association's Motion to Expunge *Lis Pendens* (Dkt. No. 12). Pursuant to the Court's decision on the Motion to Expunge *Lis Pendens*,

IT IS HEREBY ORDERED that, pursuant to NRS § 14.015, the *Lis Pendens* recorded against the real property located at 9697 Waukegan Avenue, Las Vegas, Nevada 89148, APN 176-06-515-154 (the "Property"), in the official records of Clark County, Nevada as Instrument Number 20100421-0002668, is hereby cancelled and expunged, said cancellation

1  having the same effect as an expungement of the original notice;

2      IT IS FURTHER ORDERED that the Substitution of Trustee and Full Reconveyance recorded against the Property in the official records of Clark County, Nevada as Instrument Number 20100210-0000259 is hereby cancelled and expunged, said cancellation having the same effect as an expungement of the original document;

6      IT IS FURTHER ORDERED that interested party U.S. Bank National Association, as Trustee, shall record a copy of this Order in the official records of Clark County, Nevada.

8      DATED this 9th day of August, 2010.

```
                                    _____
                                    GLORIA M. NAVARRO
                                    UNITED STATES DISTRICT JUDGE
```

Submitted by:

BROOKS BAUER LLP

By: /s/Michael R. Brooks, Esq.
    Michael R. Brooks, Esq.
    Nevada Bar No. 7287
    300 S. 4th Street, Suite 815
    Las Vegas, NV 89101
    Ph (702) 851-1191
    Fax (702) 851-1198
    Attorneys for Real Party in Interest
    U.S. Bank National Association, as Trustee

BROOKS BAUER LLP
300 S. 4TH STREET, SUITE 815, LAS VEGAS, NV 89101
TELEPHONE: (702) 851-1191 FAX: (702) 851-1198